EDWARD LEROY WALDORF, Respondent, v. RICHARD TOWNSEND, Appellant.— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Seeger, J., dissents upon the ground that plaintiff was guilty of contributory negligence as matter of law.

HOWARD O. WOOD, as Executor, etc., of WILLIAM H. SCHABEHORN, etc., Deceased, Respondent, v. JOSEPH P. McCORRY and TERESA M. McCORRY, His Wife, Appellants.— Order, in so far as it struck out the counterclaim, modified by denying the motion to strike out said counterclaim, and as so modified affirmed, without costs. If there was a written contract for the sale of the property, as to which the record is silent, we leave open the question of the application of the parol evidence rule as applied in *Mitchill* v. *Lath* (247 N. Y. 377). If the contract of sale was oral, we are of opinion that the agreement was not merged in the deed and that it is subject to establishment by proof. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of WILLIAM C. KING for Admission to the Bar. (From the District of Columbia.) Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of FRANKLIN EWING MARTIN for Admission to the Bar. (From the State of Ohio.)— Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

CHARLES ABRAMS, Appellant, v. ROSE ABRAMS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent; A. NEWBURGER ELECTRIC COMPANY, Appellant, and Others, Defendants.— Judgment unanimously affirmed as to plaintiffs and defendant A. Newburger Electric Company, with one bill of costs to defendant Werbelovsky and Lavine Realty Corporation. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

WILLIAM A. ASTON, Respondent, v. MELISSA REEVES, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

B. M. BAKERY CORPORATION, Respondent, v. ISIDOR SCHWARTZ and DAVID DANIELS, Appellants.— Judgment and order reversed upon the law, with costs to appellants; judgment directed for defendants dismissing the complaint on the merits and for damages, if any, under their counterclaim, with costs, and the case remitted to the Trial Term to assess such damages. As plaintiff failed to repair the premises after the fires, pursuant to the fourth clause of the lease, it is not entitled to recover any rent. The judgment in the prior action brought by defendants here against this plaintiff to restrain the demolition of the building and their eviction from the premises is *res adjudicata* upon the rights of the parties under the lease, and such judgment and the temporary injunction order in that action did not prevent this plaintiff from repairing the building, pursuant to the. lease, but prevented only its demolition and interference with defendants' quiet possession under the lease. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.

NATHAN BANDELL, Respondent, v. JULIUS GUTER and ALBERT KAHN, Appel-

lants. Max H. Newman, Defendant. Consolidated with the Action of Julius Guter, Plaintiff, v. Max H. Newman, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

Nathan Bandell, Appellant, v. Julius Guter and Albert Kahn, Respondents. Max H. Newman, Defendant. Consolidated with the action of Julius Guter, Plaintiff, v. Max H. Newman, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Charles Francis Bates, Appellant, v. Robert L. Barrows and Others, as Trustees of Union Free School District No. 3 of the Town of Eastchester, etc., Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

Meyer Behrman, Appellant, v. Aaron Bendersky, Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff for the amount of the down payment, with interest from August 6, 1925, with costs, upon the ground that at the time fixed for the execution of the " formal contract " defendant was unable to deliver title free of restrictions, which had not been provided for in the binder, and that defendant's own acts in suggesting and acquiescing in an adjournment did not make time of the essence of the contract as of August 14, 1925. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions will be made. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur. Settle order on notice.

J. Fielding Black, Respondent, v. Neil Van Aiken, Appellant.— Order of the City Court of White Plains modified so as to provide that only the counterclaim be stricken out, and as so modified affirmed, without costs. (Fish v. Conley, 221 App. Div. 609.) Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

Patrick E. Callahan, as Receiver of Cass & Apfel, Appellant, v. Guisippina Parascandola, as Administratrix, etc., of Joseph Auditore, Deceased, Appellant. Charles L. Apfel and Others, Respondents, and Jack Lobsenz, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Sebastiano Caruso, as Administratrix, etc., of Carmelo Caruso, Deceased, Appellant, v. Steamship Terminal Operating Company and Dollar Steamship Line, Respondents.— Judgments dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

Herbert L. Cobb, Respondent, v. Abraham Brown, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Dennis J. Comiskey, Appellant, v. Maurice J. Cross, Respondent.— Order granting defendant's motion to vacate plaintiff's notice of examination before trial reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiff's knowledge of matters sought to be elicited by the examination of defendant is no reason for refusing the examination. (McGrath v. Blumenthal, 220 App. Div. 781; Shul Tan Realty Corporation v. Coney